**Order entered September 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00620-CV

**LUIS A. SANTIAGO, ET AL., Appellants**

**V.**

**MACKIE WOLF ZIENTZ & MANN, P.C., Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-01743-2013**

## ORDER

We **GRANT** appellee's September 5, 2013 motion for an extension of time to file a brief.

Appellee shall file its brief on or before September 30, 2013. We caution appellee that no further

extension of time will be granted absent extraordinary circumstances.

/s/     DAVID LEWIS
        JUSTICE